IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12-MJ-399 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| JAMES JACKSON, | : | |
| Defendant. | : | |

**BINDOVER ORDER AND ORDER EXTENDING TIME FOR FILING OF INDICTMENT**

This case came on for hearing for a Preliminary Examination and Waiver of Timely Indictment on Thursday, December 27, 2012. Defendant, present with counsel, waived his right to a preliminary examination and also waived the time restrictions for the presentment to the Grand Jury for an indictment in this matter. The Court finds both waivers knowing, intelligent and voluntary. **IT IS THEREFORE ORDERED** that the Defendant, accordingly, is bound over to the Grand Jury to answer the charge(s) in the United States District Court.

Upon motion of the Government and Defendant, for a continuance of time not to exceed 30 days, and pursuant to 18 U.S.C. § 3161(h)(8)(A), such continuance is **GRANTED** on the basis that the ends of justice served outweigh the best interest of the public and the Defendant in a speedy trial.

Accordingly, the time within which the United States is required to present this matter to the Grand Jury under 18 U.S.C. § 3161(b) is extended to and including February 18, 2013.

**IT IS FURTHER ORDERED** that Defendant's previously set bond is continued.

December 28, 2012                                          **s/ Michael J. Newman**
                                                                   United States Magistrate Judge